## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

DEIRDRE KNIGHT,

    Plaintiff,

v.                                                                 NO.:    2:18-cv-02112

MEMPHIS BONDING COMPANY,
INCORPORATED, GEORGE A. HITT,
MELODY MARTIN, BROOKS MCGOWAN
and TRACY VAN PITTMAN,

    Defendants.

---

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

The undersigned attorneys, on behalf of the parties hereto, do hereby stipulate that all matters in controversy between the parties in these matters have been resolved and request that these actions be dismissed WITH PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/* Edward M. Bearman
**EDWARD M. BEARMAN** (#14242)
780 Ridge Lake Boulevard, Suite 202
Memphis, Tennessee 38120
(901) 682-3450 - Phone
(901) 683-3590 – Fax
ebearman@jglawfirm.com

*Attorney for Defendants*

1

*/s/* Scottie O. Wilkes

**SCOTTIE O. WILKES** (#17616)
Memphis Area Legal Services
899-A Highway 51 South
Covington, TN 38019
(901) 432-7521
swilkes@malsi.org

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served via electronic mail or US Mail postage prepaid upon the following interested person(s) on this, the 10th day of October, 2019.

Scottie O. Wilkes, Esq.
Milandria King, Esq.
Anidra Lomax, Esq.
MEMPHIS AREA LEGAL SERVICES, INC.
22 N. Front Street, 11th Floor
Memphis, TN 38103
swilkes@malsi.org
mking@malsi.org
alomax@malsi.org

*/s/ Edward M. Bearman*

Edward M. Bearman, Esq.