# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

___

DEIRDRE KNIGHT,

    Plaintiff,

v.

MEMPHIS BONDING COMPANY,
INCORPORATED;
GEORGE A. HITT;
MELODY MARTIN;
BROOKS MCGOWAN, and
TRACY VAN PITTMAN

    Defendants.

Case No. 2:18-cv-02112-MSN-cgc

___

## JUDGMENT
___

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed February 20, 2018,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Voluntary Dismissal with Prejudice (ECF No. 53), filed October 10, 2019, all claims in this matter are hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

October 10, 2019
Date